IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-177 (EGS) ) |
| **U.S. DEPARTMENT OF JUSTICE**, | ) ) |
| Defendant. | ) ) ) |

## JOINT STATUS REPORT

The parties jointly propose the following schedule for summary judgment briefing in this case:

| | |
|---|---|
| August 24, 2020 | Defendant's Motion for Summary Judgment |
| September 11, 2020 | Plaintiff's Cross-Motion and Opposition |
| October 2, 2020 | Defendant's Opposition and Reply |
| October 16, 2020 | Plaintiff's Reply |

Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov

- 2 -

                                                           Telephone: (202) 305-7632
                                                         Facsimile: (202) 616-8470

*Counsel for Defendant*

                     and

*/s/ James F. Peterson*
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

Date: July 1, 2020                          *Counsel for Plaintiff*