# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-cv-177 (EGS) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT MOTION TO VACATE BRIEFING SCHEDULE

Defendant recently submitted its motion for summary judgment in this FOIA case. Upon review of the new information provided, Plaintiff does not intend to further challenge the search or the remaining withholdings. Plaintiff therefor, with Defendant's consent, moves to vacate the remaining portion of the summary judgment briefing schedule. Because the parties intend to reach an amicable resolution of the remaining issue, namely fees and costs, in this case, Plaintiff requests the Court's leave to submit a joint status report no later than October 30, 2020, if the parties have not stipulated to dismissal of the case before then.

Respectfully submitted,

*/s/ James F. Peterson*
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

*Counsel for Plaintiff*

September 28, 2020