IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUDICIAL WATCH, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 19-cv-177 (EGS) |
| **U.S. DEPARTMENT OF JUSTICE**, | ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's order of November 23, 2020, the parties jointly report that they continue to intend to reach an amicable resolution of the issues remaining in this case, and are working to do so. Government counsel regrets the ongoing delay in the completion of the necessary approvals. The parties request the Court's leave to submit a further joint status report no later than January 15, 2021, if they have not stipulated to dismissal of the case before then.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

- 2 -

*Counsel for Defendant*

and

*/s/ James F. Peterson*
James F. Peterson
JUDICIAL WATCH, INC.
DC Bar No. 450171
425 Third St, SW, Suite 800
Washington, DC. 20024
T: 202-646-5172
F: 202-646-5199

Date: December 18, 2020

*Counsel for Plaintiff*